## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

   CHAMBERS OF                                          MITCHELL H. COHEN COURTHOUSE
  JOEL SCHNEIDER                                     1 John F. Gerry Plaza, Room 2060
UNITED STATES MAGISTRATE JUDGE                           CAMDEN, NJ 08101-0887
                                                                               (856) 757-5446

**ELECTRONICALLY FILED**
August 5, 2008

Joel Wayne Garber, Esquire
Garber Law, PC
The Greens of Laurel Oak
1200 Laurel Oak Road
Suite 104
Voorhees, NJ 08043

      **Re:  R.K. v. Y.A.L.E. Schools, et al.**
           **Civil No. 07-5918 (JBS)**

Dear Mr. Garber:

    The Court rejects your proposed Discovery Confidentiality Order ("DCO"). [Doc. No. 19]. The proposed Order is overbroad and does not comply with L. Civ. R. 5.3. Not all "documents, letters, correspondences, pleadings and all other papers generated in connection with discovery" are entitled to confidentiality protection. The Court will address a future application for a DCO if it is narrowly drafted to comply with the applicable civil rules and case law.

                                         Very truly yours,

                                         *s/ Joel Schneider*

                                         JOEL SCHNEIDER
                                         United States Magistrate Judge

JS:jk
cc:  Hon. Jerome B. Simandle
     All Counsel